UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

BRIDGETTE BOYLAN,

               Defendant.

Case No. mj13-326

**DETENTION ORDER**

Offense charged:

    Conspiracy to Commit Bank Fraud.

Date of Detention Hearing: July 1, 2013.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered defendant has been involved in a scheme lasting at least four years that caused over a million dollars in losses. Defendant had a significant role in this scheme

DETENTION ORDER - 1

and has been directly tied to the alleged victimization of 45 individuals. The scheme is wide ranging and defendant travel to numerous states to commit the alleged offense. Defendant's family lives in this District but defendant has moved about between the Seattle area and California. She had been living in this district only a few months when arrested. Defendant has long term and serious substance abuse problems. She has received treatment in the past, none of which has been successful.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of July, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge